IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| GERALD C. BUSHROE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. |
| | : | |
| v. | : | 1:06-CV-687-HTW |
| | : | |
| FORD MOTOR COMPANY, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above-entitled action has been settled, but it appearing that the documentation of the settlement agreement will require some extended time for completion,

IT IS ORDERED that this action be DISMISSED without costs and without prejudice to the right, upon good cause shown within 90 days, to reopen the action if settlement is not consummated.

SO ORDERED, this 25 TH day of March, 2010.

s/*HORACE T. WARD*
HORACE T. WARD, SENIOR JUDGE
UNITED STATES DISTRICT COURT